UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 11, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>               Plaintiff,            )<br>v.                                   )<br>                                     )<br>SHARARA HAIDARI,                     )<br>                                     )<br>               Defendant.            )<br>_____            ) | Case No. 2:12-mj-00330-EFB<br><br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SHARARA HAIDARI, Case No. 2:12-mj-

00330-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

_X_    Release on Personal Recognizance

_____    Bail Posted in the Sum of: $

_____    Co-Signed Unsecured Appearance Bond

_____    Secured Appearance Bond

_X_    (Other) Conditions as stated on the record.

_____    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _12/11/2012_ at _3:15 pm_.

By _____

Edmund F. Brennan
United States Magistrate Judge